UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 1 2014

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN KINNUCAN AND BROADBAND RESEARCH CORPORATION,

Defendants.

12 Civ. 1230 (AJN)

**FINAL JUDGMENT AS TO DEFENDANT BROADBAND RESEARCH CORPORATION**

WHEREAS, the Securities and Exchange Commission ("Commission") having filed a Complaint on February 17, 2012, the Commission having filed a motion for summary judgment against Defendants John Kinnucan and Broadband Research Corporation ("Broadband") on March 22, 2013, and the Court having issued a Memorandum and Order dated March 25, 2014 finding that Defendants violated Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], now therefore:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Broadband and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, by using any means or

instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Broadband is liable for disgorgement of $1,583,445.96, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $199,709.14, and a civil penalty in the amount of $4,750,337.88 pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u-1]. Defendant Broadband shall satisfy this obligation by paying $6,533,492.98 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment. Defendant Broadband is liable for the entirety of this amount on a joint and several basis with Defendant John Kinnucan.

Defendant Broadband may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant Broadband may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Broadband Research Corporation as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant Broadband shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant Broadband relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant Broadband. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant Broadband shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: April 1, 2014

_____
UNITED STATES DISTRICT JUDGE

3